No. 75–1498. GOLZ ET UX. *v.* CHILDREN'S BUREAU OF
NEW ORLEANS, INC. Appeal from Sup. Ct. La. dis-

missed for want of substantial federal question. ■